IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00416-BNB

JEREMY NEIL SPEER,

    Plaintiff,

v.

DOUGLAS K. WILSON,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 05 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Jeremy Neil Speer, currently is detained at the Jefferson County Detention Facility in Golden, Colorado. Mr. Speer, acting *pro se*, initiated this action by filing a Prisoner's Civil Rights Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Magistrate Judge Boyd N. Boland entered an order on February 25, 2010, directing the Clerk of the Court to commence a civil action and instructing Mr. Speer to file his claims on a Court-approved form used in filing prisoner complaints. Mr. Speer also was instructed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which is used by prisoners who are seeking to proceed *in forma pauperis* in a prisoner complaint and not in a habeas action. Mr. Speer was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Speer has failed to communicate with the Court and has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Mr. Speer failed to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this __2nd__ day of __April__, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00416-BNB

Jeremy Neil Speer
Prisoner No. P00999601
Jefferson County Jail
P.O. Box 16700
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/5/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk